## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO.: CR507-12
v. )
)
MICHAEL BRAZELL )

## ORDER

The United States of America has filed a Request for Approval to Contact Jurors as Necessary Witnesses To the Government's Case-In-Chief. Defendant has filed a response. The United States seeks to contact jurors who served in the case of the United States of America v. Roger Hamelin, Case No. CR506-13. The Government's request is **GRANTED**.

**SO ORDERED**, this 3 day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE